UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-23377-CIV-LENARD/GARBER

**FIDEL ABREU GONZALEZ and
TANIA CORONA, on behalf of
themselves and all others similarly situated,**

Plaintiffs,

vs.

**E.M.J. PATROL & INVESTIGATIONS
INC., and MARLENE E. GARCIA**,

Defendants.
_____/

## FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS E.M.J. PATROL & INVESTIGATIONS, INC. AND MARLENE E. GARCIA

**THIS CAUSE** is before the Court upon: (1) the Report and Recommendation of Magistrate Judge Barry L. Garber ("Report," D.E. 31), issued on May 21, 2009; (2) Plaintiffs' Motion for Final Default Judgment (D.E. 23), against Defendant E.M.J. Patrol & Investigations, Inc. ("E.M.J."), filed on March 30, 2009; and (3) Plaintiffs' Motion for Final Default Judgment (D.E. 36), against Defendant Marlene E. Garcia ("Garcia") filed on June 11, 2009.

The clerk entered default against Defendant E.M.J. on March 27, 2009, for failing to comply with this Court's orders and obtain counsel. (See D.E. 20, 21.) Plaintiffs subsequently filed their Motion for Final Default Judgment, seeking $21,262.50 in unpaid overtime wages for Plaintiff Fidel Abreu Gonzalez ("Gonzalez"), $21,262.50 in liquidated

damages for Gonzalez, $19,404.00 in unpaid overtime wages for Plaintiff Tania Corona ("Corona"), $19,404.00 in liquidated damages for Corona, and $5,746.00 in reasonable costs and attorneys' fees. The Report recommends that Plaintiffs' Motion for Final Default Judgment against Defendant E.M.J. be granted and instructed Defendant E.M.J. that it had ten days to file objections. As of the date of this Order, E.M.J. has not obtained counsel nor filed objections to the Report. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

The clerk entered default against Defendant Garcia on May 28, 2009, for failure to comply with this Court's orders. (See D.E. 33, 34.) Plaintiffs' Motion for Final Default Judgement against Defendant Garcia seeks the same amount of damages as sought from Defendant E.M.J. Based on a review the of the Magistrate Judge's Report, Plaintiffs' Motion for Final Default Judgment against Defendant E.M.J., Plaintiffs' Motion for Final Default Judgment against Defendant Garcia, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1.  The Report and Recommendation of Magistrate Judge Barry L. Garber (D.E. 31), issued on May 21, 2009, is **ADOPTED**.

2.  Consistent with the Report and this Order, Plaintiffs' Motion for Entry of Final Default Judgment (D.E. 23) against Defendant E.M.J. Patrol & Investigations, Inc., is **GRANTED**.

**3.** Consistent with this Order, Plaintiffs' Motion for Entry of Final Default Judgment (D.E. 36) against Defendant Marlene E. Garcia, is **GRANTED**.

**4.** Final default judgment is **ENTERED** in favor of Plaintiffs Fidel Abreu Gonzalez and Tania Corona against Defendants E.M.J. Patrol & Investigations, Inc. and Marlene E. Garcia, jointly and severally, in the total amount of eighty-seven thousand, seventy-nine dollars and zero cents ($87,079.00), consisting of $42,525.00, which represents Plaintiff Fidel Abreu Gonzalez's claims for unpaid wages and liquidated damages, and consisting of $38,808.00, which represents Plaintiff Tania Corona's claims for unpaid wages and liquidated damages, together with $5,746.00 in reasonable costs and attorneys' fees, for which sum let execution issue.

**5.** This case is now **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of June, 2009.

*[signature: Joan A. Lenard]*

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**